EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Eddie A. Pérez Pérez | 2013 TSPR 94<br><br>189 DPR _____ |

Número del Caso: TS-16917


Fecha: 27 de junio de 2013


Oficina de Inspección de Notarías:

      Lcdo. Manuel Ávila de Jesús
      Director


Materia: Conducta Profesional – La suspensión será efectiva el 15 de agosto de 2013, fecha en que se le notificó al abogado de su suspensión inmediata.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--|
| Eddie A. Pérez Pérez | 2013 TSPR 94 |
| | 189 DPR ____ |

Número del Caso: TS-16917

Fecha: 27 de junio de 2013

Oficina de Inspección de Notarías:

      Lcdo. Manuel Ávila de Jesús
      Director

Materia: Conducta Profesional – La suspensión será efectiva el 15 de agosto de 2013, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|---|---|---|
| | TS-16,917 | |
| Eddie A. Pérez Pérez | | Conducta Profesional |

PER CURIAM

San Juan, Puerto Rico, a 27 de junio de 2013.

I

El Lcdo. Eddie A. Pérez Pérez (licenciado Pérez Pérez) fue admitido al ejercicio de la abogacía el 30 de junio de 2008 y prestó juramento como notario el 19 de febrero de 2009.

Mediante Moción Informativa y en Auxilio de Jurisdicción de 21 de mayo de 2012 compareció ante nos la Lcda. Lourdes I. Quintana LLoréns, Directora de la Oficina de Inspección de Notarias (ODIN). Nos indicó las múltiples e infructuosas gestiones realizadas para contactar al licenciado Pérez Pérez a fin de dar cumplimiento a una citación que le refiriera la Secretaría de este Tribunal el 2 de marzo de 2012. Esta citación fue diligenciada por el Agente Jeremías Meléndez Del Valle de la Unidad de Investigaciones de Carolina, División de Vehículos Hurtados, y requiere informar si se registró la Declaración Núm. 255 de 21 de noviembre de 2011 con relación a un vehículo en el Registro de Testimonios del Lcdo. Eddie A. Pérez Pérez.

Algunas de las gestiones de la ODIN para contactar al letrado y responder a la citación fueron: comunicarse con el licenciado Pérez Pérez y acordar su comparecencia el 7 de marzo de 2012. No obstante, el notario no compareció ni se excusó por su incomparecencia. Además, la ODIN le cursó una comunicación escrita requiriéndole su comparecencia el 19 de marzo de 2012 a las 10:00 a.m. Nuevamente el notario no compareció ni se excusó por su incomparecencia.

Así las cosas, mediante Resolución de 29 de mayo de 2012 ordenamos al Alguacil General de este Tribunal a incautar el Registro de Testimonios del Lcdo. Eddie A. Pérez Pérez. Igualmente le concedimos al letrado un término de quince (15) días para que nos indicara las razones para incumplir con los requerimientos de la ODIN. Luego de múltiples gestiones para localizar al licenciado Pérez Pérez, esta Resolución le fue notificada personalmente el 10 de julio de 2012. Durante la notificación de la Resolución, el letrado indicó a los alguaciles que no sabía dónde estaba el Registro de Testimonios solicitado, pero que lo buscaría y entregaría el 13 de julio de 2012. Al día de hoy, el licenciado Pérez Pérez no ha entregado el Registro ni ha contestado a las llamadas. Asimismo, adeuda los índices notariales mensuales y anual correspondientes a los meses de mayo de 2012 hasta el presente.

Por este motivo, el 14 de marzo de 2013 la ODIN compareció nuevamente ante nos y detalló las nuevas gestiones que había realizado para lograr la comparecencia del licenciado Pérez Pérez y la producción de su Registro de Testimonios para fines de inspección.

A estos efectos, el 25 de marzo de 2013 le concedimos al letrado un término final e improrrogable de veinte (20) días para cumplir con lo ordenado. En vista de ello, la madre del licenciado Pérez Pérez informó a este Tribunal que su hijo se encontraba en los Estados Unidos recibiendo tratamiento médico y que regresaría en mayo de 2013. Sin embargo, aún el licenciado Pérez Pérez no ha comparecido.

II

El Canon 9 de los Cánones de Ética Profesional, 4 L.P.R.A. Ap. IX, dispone que "[e]l abogado debe observar para con los tribunales una conducta que se caracterice por el mayor respeto". En virtud de este precepto, reiteradamente hemos expresado que los abogados tienen la ineludible obligación de responder diligentemente a los requerimientos de este Tribunal y que no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con las Órdenes de este Tribunal. *In re Piñeiro Vega,* res. el 25 de febrero de 2013, 2013 TSPR 36, 2013 J.T.S. 39, 188 D.P.R. __ (2013); *In re: Montes Díaz*, 184 D.P.R. 90 (2011); *In re Sigurani Medina*, 160 D.P.R. 769 (2003).

Asimismo, hemos señalado que esta obligación no se limita a los requerimientos formulados por este Tribunal, sino que se extiende a aquellos requerimientos formulados por el Procurador General y la Oficina de Inspección de Notarías. *In re Piñeiro Vega,* supra; *In re Montes Díaz,* supra; *In re Santiago García*, 175 D.P.R. 990 (2009).

A pesar de esto, el licenciado Pérez Pérez ha hecho caso omiso de nuestras Órdenes y de los múltiples requerimientos de la ODIN. Por ello, ha pasado más de un año sin que la ODIN haya podido dar cumplimiento a la citación referida. Este comportamiento no lo toleraremos.

III

Por los fundamentos antes expresados, suspendemos al Lcdo. Eddie A. Pérez Pérez del ejercicio de la abogacía y de la notaría de forma inmediata e indefinida.

El licenciado Pérez Pérez tiene el deber de notificar a todos sus clientes de su inhabilidad para continuar representándoles y devolverá a estos los expedientes de los casos pendientes así como los honorarios recibidos por trabajo no realizados. Deberá también informar oportunamente de su suspensión a los foros judiciales y administrativos del país. De igual forma, debe certificar a este Tribunal dentro del término de treinta (30) días el cumplimiento con lo aquí dispuesto.

La Oficina del Alguacil de este Tribunal procederá, de inmediato, a incautarse de la obra notarial de Eddie A.

Pérez Pérez, incluyendo su sello notarial, la cual entregará a la Oficina de Inspección de Notarías para el examen e informe a este Tribunal.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eddie A. Pérez Pérez

TS-16,917

Conducta
Profesional

SENTENCIA

San Juan, Puerto Rico, a 27 de junio de 2013.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, suspendemos al Lcdo. Eddie A. Pérez Pérez del ejercicio de la abogacía y de la notaría de forma inmediata e indefinida.

El licenciado Pérez Pérez tiene el deber de notificar a todos sus clientes de su inhabilidad para continuar representándoles y devolverá a estos los expedientes de los casos pendientes así como los honorarios recibidos por trabajo no realizados. Deberá también informar oportunamente de su suspensión a los foros judiciales y administrativos del país. De igual forma, debe certificar a este Tribunal dentro del término de treinta (30) días el cumplimiento con lo aquí dispuesto.

La Oficina del Alguacil de este Tribunal procederá, de inmediato, a incautarse de la obra notarial de Eddie A. Pérez Pérez, incluyendo su sello notarial, la cual entregará a la Oficina de Inspección de Notarías para el examen e informe a este Tribunal.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Camelia Montilla Alvarado
Secretaria del Tribunal Supremo, Interina